In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00194-CR

                                                ______________________________

 

 

                         CHRISTOPHER RAY FITZGERALD,
Appellant

 

                                                                V.

 

                                     THE STATE OF TEXAS, Appellee

 

 

                                                                                                  


 

 

                                       On Appeal from the 124th
Judicial District Court

                                                             Gregg County, Texas

                                                           Trial
Court No. 38207B

 

                                                         
                                         

 

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                     MEMORANDUM 
OPINION

 

            Christopher
Ray Fitzgerald appeals from his convictions by the trial court on three charges
of aggravated robbery.  Fitzgerald has
filed a single brief, in which he raises an issue common to all of his
appeals.  He argues that the trial court
committed reversible error in denying his motion to sever his case from that of
John Scott Kincaid, Fitzgerald’s cohort who was present during the commission
of each aggravated robbery.  

            We
addressed this issue in detail in our opinion of this date on Fitzgerald’s
appeal in cause number 06-09-00193-CR. 
For the reasons stated therein, we likewise conclude that error has not
been shown in this case.

            We
affirm the trial court’s judgment.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date Submitted:          June
1, 2010

Date Decided:             June
2, 2010

 

Do Not Publish